1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| PEN CHAN and J. C., a minor by and through his Guardian Ad Litem, YOLANDA TORRES, | CASE NO.  2:12-CV-01359-MCE-CKD |
|---|---|
| Plaintiffs, | **ORDER CONTINUING HEARINGS SET FOR AUGUST 9, 2012** |
| v. | |
| DOCTORS HOSPITAL  MODESTO, et al., | |
| Defendants. | |

The Court having considered the Stipulation of the parties to continue the August 9, 2012, hearings on Defendant United States of America's Motion to Dismiss and Plaintiffs' Motion to Remand, and good cause being shown, IT IS HEREBY ORDERED that the hearings on these motions currently set for August 9, 2012, at 2:00 p.m. are VACATED, and RESET for September 20, 2012, at 2:00 p.m. in Courtroom 7, before Judge Morrison C. England, Jr.

IT IS SO ORDERED.

Dated:  August 7, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ORDER TO CONTINUE HEARINGS

1