UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PEN CHAN, et al.,

    Plaintiffs,

   v.

DOCTORS HOSPITAL MODESTO, et al.,

    Defendants.

No. 2:12-cv-01359-MCE-CKD

ORDER

----oo0oo----

Pursuant to Local Rule 120(f), "[w]henever in any action the Court finds upon its own motion . . . that an action has not been commenced in the proper court in accordance with this Rule . . . the Court may transfer the same to another venue within the District."  The Complaint in this matter was originally brought by Plaintiffs in the Superior Court of California in and for Stanislaus County.  On May 18, 2012, Defendant United States of America removed the action to this court pursuant to 42 U.S.C. § 233(c) and 28 U.S.C. §§ 1441, 2679(d)(2).

Examination of Plaintiff's Complaint shows that the alleged wrongdoing arose at Doctors Hospital Modesto, which is situated in Modesto, California.  The City of Modesto is located within Stanislaus County, which is part of the Fresno Division of the United

1

States District Court for the Eastern District of California.  <u>See</u> Local Rule 120(d).  All civil actions arising in Stanislaus County shall be commenced in Fresno.  <u>Id.</u>

On October 26, 2012, the Court ordered Defendant United States of America to show cause why venue in the United States District Court sitting in Sacramento is proper under the Local Rules.  (ECF No. 25.)  On November 8, 2012, Defendant United States of America filed a Statement of Non-Opposition to Intra-District Transfer of Venue to Fresno Division.  (ECF No. 26.)  In light of Defendant's non-opposition and pursuant to Local Rule 120(f), this action will be transferred to the Fresno Division of the court.

In light of this ruling, the hearing on Defendant's Motion to Dismiss (ECF No. 5) and Plaintiff's Motion to Remand (ECF No. 10), currently scheduled for November 15, 2012, is hereby vacated.  The parties are directed to renotice their motions before the newly assigned Judge.

IT IS SO ORDERED.
Dated:  November 21, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE